IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| MICHAEL LYNN GRAY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:03-CV-689 |
| | ) |
| CAMPBELL COUNTY, TENNESSEE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the parties' proposed Private Settlement Agreement ("PSA"). [Doc. 35]. The Honorable R. Leon Jordan, United States District Judge, having approved, adopted, and incorporated the PSA,

It is **ORDERED and ADJUDGED**

that plaintiff Michael Lynn Gray shall take nothing, and plaintiff Jennifer Carroll shall recover from defendants the sum of $500.00 along with attorney fees, expenses, and future compliance monitoring costs as set forth in the PSA. This action is **DISMISSED**.

Dated at *Knoxville, Tennessee*, this 8th day of May, 2006.

                                          */s/ Patricia L. McNutt*
                                          PATRICIA L. McNUTT
                                          CLERK OF COURT